UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BRIAN ANDREWS,

           Plaintiff,                              **JUDGMENT**

  - against -                                  CV 16-6173 (JS)(GRB)

DIAMOND SECURITY SERVICES, LTD., and
SAMUEL GBAJUMO

           Defendants.
-------------------------------------------------------------X

      An Order of Honorable Joanna Seybert, United States District Judge, having been filed on April 10, 2017, directing the Clerk of Court to enter judgment in favor of Plaintiff in the amount of $22,500.00, and mark this case closed, it is

      **ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Brian Andrews and against Defendants Diamond Security Services, Ltd., and Samuel Gbajumo in the amount of $22,500.00; and that this case is closed.

Dated:  Central Islip, New York
          April 11, 2017

                                                          DOUGLAS C. PALMER
                                                           CLERK OF THE COURT

                                    By:    /s/ James J. Toritto
                                                Deputy Clerk